UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 14-cr-30542-1
                                    Honorable Gershwin A. Drain

v.

CLIRIM MUHADRI,

    Defendant.

_____/

### STIPULATION TO ALLOW INTERPRETER TO ACCOMPANY ATTORNEY TO VISIT DEFENDANT

Upon the reading and filing of the attached Stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Wayne County Sheriff Department allow Akim Perovic, or any interpreter from Pallero Translations, to accompany Attorney ALVIN C. SALLEN for any and all jail visits with his client CLIRIM MUHADRI

SO ORDERED.

Dated: November 10, 2014

                                                                /s/Gershwin A Drain
                                                                 Hon. Gershwin A. Drain
                                                                 United States District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,           Hon.  Gershwin A. Drain

-vs-

                                     Case No: 14-30542-1

CLIRIM MUHADRI

                Defendant.

_____/

| | |
|---|---|
| **ALVIN C. SALLEN (P23797)** | **BRANDON M. BOLLING** |
| Attorney for Defendant | Assistant U.S. Attorney |
| 30100 Telegraph Suite 360 | 211 W. Fort, Suite 2001 |
| Bingham Farms, MI 48025 | Detroit, MI 48226 |
| (248) 646-4686 | (313) 226-9100 |
| asallenlaw@gmail.com | brandon.bolling@usdoj.gov |

### STIPULATION TO ALLOW INTERPRETER TO ACCOMPANY ATTORNEY TO VISIT DEFENDANT

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, the Wayne County Sheriff Department allow Akim Perovic, or any interpreter from Pallero Translations, to accompany attorney Alvin C. Sallen for any and all jail visits with his client  Clirim Muhadri

| | |
|---|---|
| /s/ Alvin C. Sallen | /s/Brandon M. Bolling |
| ALVIN C. SALLEN (P23797) | Assistant U.S. Attorney (P38266) |
| Attorney for Defendant | United States Attorney's Office |
| 30100 Telegraph Suite 360 | 211 W. Fort Street, Suite 2001 |
| Bingham Farms, MI 48025 | Detroit, Michigan 48226 |
| (248) 646-4686 | (313) 226-9666 |